# EXHIBIT 1

# Alec Ferretti,
## on Behalf of Reclaim the Records

242 E 38th St, Apt 2F
New York, New York, 10016
alecferretti@reclaimtherecords.org

October 12, 2020

National Records Center (NRC)
FOIA/PA Office
P.O. Box 648010
Lee's Summit, MO 64064-8010
uscis.foia@uscis.dhs.gov

To whom it may concern,

Pursuant to the Freedom of Information Act, I hereby request the following documents. These records all pertain to individuals who are deceased, all of whom were born more than 100 years ago. I have provided specific file series and file numbers for each document.

C-File C-1243080 of Leo Alexander
C-File C-6608997 of Margaret Ferris AKA Margarete Baer
C-File AA-1630 of Henry Otten Fuchs
AR2 A7582356 of Karoline Baer
A-File A3259353 of Antonino LoPresti
A-File A12055564 of Michelina Camenzuli
Visa File 3139800 of Wilhelm Fuchs
Registry File R-151430 of Elizabeth Levine

**Request for fee waiver**

I represent a 501(c)(3) non-profit organization called Reclaim The Records. We are an activist group of genealogists, historians, journalists, and open government advocates. We use Freedom of Information laws to ensure that historical public records are accessible to the public! We request to be treated as a "media requestor" for the purposes of calculating the fees for this FOIA request. We are a non-profit organization, not a commercial entity. We do not charge for copies of any of the tens of millions of records we have already acquired from government agencies and released to the public.

We are one of the largest open records organizations in the United States. As of October 1, 2020, our e-mail newsletter, which has been published several times a year for the past six years, now has a circulation of over 7,500 subscribers. Our social media outlets such as our Facebook page have more than 11,000 followers, and our Twitter account has more than 6,100 followers. We have created several free standalone websites to both disseminate and discuss the data that we receive from government entities. As just one example, please see our website www.MissouriDeathIndex.com and our multiple associated newsletter issues linked from that website. We don't just release

data sets, we discuss them too, using our editorial skills and discretion, and then disseminate those discussions to our readers.

Sincerely,

Alec Ferretti, on behalf of Reclaim the Records