# EXHIBIT 2



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

NRC2020158588

October 30, 2020

Alec Ferretti
242 E. 38th St., Apt. 2F
New York, NY 10016

Dear Alec Ferretti:

We received your request for information on October 20, 2020 relating to Henry Fuchs.

The Freedom of Information Act (FOIA), 5 U.S.C. § 552, specifies certain requirements for an access request. One of these requirements is that the request must be made in accordance with the agency's published FOIA regulations. In the Department of Homeland Security (DHS) regulation, Title 6 C.F.R. § 5.3, *Requirements for Making A Request*, the procedures for requesting access to DHS records are outlined. See McDonnell v. U.S., 4 F.3d 1227, 1236 (3d Cir. 1993).

Because the records you seek are those of a personal nature, DHS' regulations require you to provide verification of identity and, if applicable, certification of agreement to release information to you from the records subject before a disclosure of information can be made. In accordance with 6 CFR § 5.21, verification of identity consists of a written statement from the records subject stating his/her full name, current address, and date and place of birth. Additionally, the subject of record must sign the written statement and the signature must either be notarized or signed under penalty of perjury. Although you are not required to use Form G-639 when submitting a FOIA request, a notarized signature in Part 4, 8.a. or a signature in Part 4, 8.b. under penalty of perjury would fulfill the signature requirement. Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, (revised March 4, 2015), may be used to establish certification of agreement from the subject of record. Please note, however, that as of May 15, 2015, USCIS no longer accepts prior versions of the G-28 form. The requested information may also be provided on a separate sheet of paper as long as the subject of record signs the information provided and the signature is notarized or signed under penalty of perjury.

Your case has been closed with no further action taken. If you wish to pursue this request, please provide the information described by the regulation cited above. The requirements of filing a FOIA or PA request are also available for your convenience on our website at www.uscis.gov.

Sincerely,

*Jill A. Eggleston*

Jill A. Eggleston
Director, FOIA Operations

www.uscis.gov



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

October 30, 2020

NRC2020158602

Alec Ferretti
242 E. 38th St., Apt. 2F
New York, NY 10016

Dear Alec Ferretti:

We received your request for information on October 20, 2020 relating to Wilhelm Fuchs.

The Freedom of Information Act (FOIA), 5 U.S.C. § 552, specifies certain requirements for an access request. One of these requirements is that the request must be made in accordance with the agency's published FOIA regulations. In the Department of Homeland Security (DHS) regulation, Title 6 C.F.R. § 5.3, *Requirements for Making A Request*, the procedures for requesting access to DHS records are outlined. See McDonnell v. U.S., 4 F.3d 1227, 1236 (3d Cir. 1993).

Because the records you seek are those of a personal nature, DHS' regulations require you to provide verification of identity and, if applicable, certification of agreement to release information to you from the records subject before a disclosure of information can be made. In accordance with 6 CFR § 5.21, verification of identity consists of a written statement from the records subject stating his/her full name, current address, and date and place of birth. Additionally, the subject of record must sign the written statement and the signature must either be notarized or signed under penalty of perjury. Although you are not required to use Form G-639 when submitting a FOIA request, a notarized signature in Part 4, 8.a. or a signature in Part 4, 8.b. under penalty of perjury would fulfill the signature requirement. Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, (revised March 4, 2015), may be used to establish certification of agreement from the subject of record. Please note, however, that as of May 15, 2015, USCIS no longer accepts prior versions of the G-28 form. The requested information may also be provided on a separate sheet of paper as long as the subject of record signs the information provided and the signature is notarized or signed under penalty of perjury.

Your case has been closed with no further action taken. If you wish to pursue this request, please provide the information described by the regulation cited above. The requirements of filing a FOIA or PA request are also available for your convenience on our website at www.uscis.gov.

Sincerely,

*Jill Eggleston*

Jill A. Eggleston
Director, FOIA Operations

www.uscis.gov



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

NRC2020158599

October 30, 2020

Alec Ferretti
242 E. 38th St., Apt. 2F
New York, NY 10016

Dear Alec Ferretti:

We received your request for information on October 20, 2020 relating to Michelina Camenzuli.

The Freedom of Information Act (FOIA), 5 U.S.C. § 552, specifies certain requirements for an access request. One of these requirements is that the request must be made in accordance with the agency's published FOIA regulations. In the Department of Homeland Security (DHS) regulation, Title 6 C.F.R. § 5.3, *Requirements for Making A Request*, the procedures for requesting access to DHS records are outlined. See McDonnell v. U.S., 4 F.3d 1227, 1236 (3d Cir. 1993).

Because the records you seek are those of a personal nature, DHS' regulations require you to provide verification of identity and, if applicable, certification of agreement to release information to you from the records subject before a disclosure of information can be made. In accordance with 6 CFR § 5.21, verification of identity consists of a written statement from the records subject stating his/her full name, current address, and date and place of birth. Additionally, the subject of record must sign the written statement and the signature must either be notarized or signed under penalty of perjury. Although you are not required to use Form G-639 when submitting a FOIA request, a notarized signature in Part 4, 8.a. or a signature in Part 4, 8.b. under penalty of perjury would fulfill the signature requirement. Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, (revised March 4, 2015), may be used to establish certification of agreement from the subject of record. Please note, however, that as of May 15, 2015, USCIS no longer accepts prior versions of the G-28 form. The requested information may also be provided on a separate sheet of paper as long as the subject of record signs the information provided and the signature is notarized or signed under penalty of perjury.

Your case has been closed with no further action taken. If you wish to pursue this request, please provide the information described by the regulation cited above. The requirements of filing a FOIA or PA request are also available for your convenience on our website at www.uscis.gov.

Sincerely,

Jill A. Eggleston
Director, FOIA Operations

www.uscis.gov



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

October 30, 2020

NRC2020158600

Alec Ferretti
242 E. 38th St., Apt. 2F
New York, NY 10016

Dear Alec Ferretti:

We received your request for information on October 20, 2020 relating to Wilhelm Fuchs.

The Freedom of Information Act (FOIA), 5 U.S.C. § 552, specifies certain requirements for an access request. One of these requirements is that the request must be made in accordance with the agency's published FOIA regulations. In the Department of Homeland Security (DHS) regulation, Title 6 C.F.R. § 5.3, *Requirements for Making A Request*, the procedures for requesting access to DHS records are outlined. See McDonnell v. U.S., 4 F.3d 1227, 1236 (3d Cir. 1993).

Because the records you seek are those of a personal nature, DHS' regulations require you to provide verification of identity and, if applicable, certification of agreement to release information to you from the records subject before a disclosure of information can be made. In accordance with 6 CFR § 5.21, verification of identity consists of a written statement from the records subject stating his/her full name, current address, and date and place of birth. Additionally, the subject of record must sign the written statement and the signature must either be notarized or signed under penalty of perjury. Although you are not required to use Form G-639 when submitting a FOIA request, a notarized signature in Part 4, 8.a. or a signature in Part 4, 8.b. under penalty of perjury would fulfill the signature requirement. Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, (revised March 4, 2015), may be used to establish certification of agreement from the subject of record. Please note, however, that as of May 15, 2015, USCIS no longer accepts prior versions of the G-28 form. The requested information may also be provided on a separate sheet of paper as long as the subject of record signs the information provided and the signature is notarized or signed under penalty of perjury.

Your case has been closed with no further action taken. If you wish to pursue this request, please provide the information described by the regulation cited above. The requirements of filing a FOIA or PA request are also available for your convenience on our website at www.uscis.gov.

Sincerely,

Jill A. Eggleston
Director, FOIA Operations

www.uscis.gov



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

October 30, 2020

NRC2020155727

Alec Ferretti
242 E. 38th St., Apt. 2F
New York, NY 10016

Dear Alec Ferretti:

We received your request for information on October 20, 2020 relating to Leo Alexander.

The Freedom of Information Act (FOIA), 5 U.S.C. § 552, specifies certain requirements for an access request. One of these requirements is that the request must be made in accordance with the agency's published FOIA regulations. In the Department of Homeland Security (DHS) regulation, Title 6 C.F.R. § 5.3, *Requirements for Making A Request*, the procedures for requesting access to DHS records are outlined. See McDonnell v. U.S., 4 F.3d 1227, 1236 (3d Cir. 1993).

Because the records you seek are those of a personal nature, DHS' regulations require you to provide verification of identity and, if applicable, certification of agreement to release information to you from the records subject before a disclosure of information can be made. In accordance with 6 CFR § 5.21, verification of identity consists of a written statement from the records subject stating his/her full name, current address, and date and place of birth. Additionally, the subject of record must sign the written statement and the signature must either be notarized or signed under penalty of perjury. Although you are not required to use Form G-639 when submitting a FOIA request, a notarized signature in Part 4, 8.a. or a signature in Part 4, 8.b. under penalty of perjury would fulfill the signature requirement. Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, (revised March 4, 2015), may be used to establish certification of agreement from the subject of record. Please note, however, that as of May 15, 2015, USCIS no longer accepts prior versions of the G-28 form. The requested information may also be provided on a separate sheet of paper as long as the subject of record signs the information provided and the signature is notarized or signed under penalty of perjury.

Your case has been closed with no further action taken. If you wish to pursue this request, please provide the information described by the regulation cited above. The requirements of filing a FOIA or PA request are also available for your convenience on our website at www.uscis.gov.

Sincerely,

*Jill Eggleston*

Jill A. Eggleston
Director, FOIA Operations

www.uscis.gov



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

NRC2020158596

October 30, 2020

Alec Ferretti
242 E. 38th St., Apt. 2F
New York, NY 10016

Dear Alec Ferretti:

We received your request for information on October 20, 2020 relating to Antonino LoPresti.

The Freedom of Information Act (FOIA), 5 U.S.C. § 552, specifies certain requirements for an access request. One of these requirements is that the request must be made in accordance with the agency's published FOIA regulations. In the Department of Homeland Security (DHS) regulation, Title 6 C.F.R. § 5.3, *Requirements for Making A Request*, the procedures for requesting access to DHS records are outlined. See McDonnell v. U.S., 4 F.3d 1227, 1236 (3d Cir. 1993).

Because the records you seek are those of a personal nature, DHS' regulations require you to provide verification of identity and, if applicable, certification of agreement to release information to you from the records subject before a disclosure of information can be made. In accordance with 6 CFR § 5.21, verification of identity consists of a written statement from the records subject stating his/her full name, current address, and date and place of birth. Additionally, the subject of record must sign the written statement and the signature must either be notarized or signed under penalty of perjury. Although you are not required to use Form G-639 when submitting a FOIA request, a notarized signature in Part 4, 8.a. or a signature in Part 4, 8.b. under penalty of perjury would fulfill the signature requirement. Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, (revised March 4, 2015), may be used to establish certification of agreement from the subject of record. Please note, however, that as of May 15, 2015, USCIS no longer accepts prior versions of the G-28 form. The requested information may also be provided on a separate sheet of paper as long as the subject of record signs the information provided and the signature is notarized or signed under penalty of perjury.

Your case has been closed with no further action taken. If you wish to pursue this request, please provide the information described by the regulation cited above. The requirements of filing a FOIA or PA request are also available for your convenience on our website at www.uscis.gov.

Sincerely,

*Jill A. Eggleston*

Jill A. Eggleston
Director, FOIA Operations

www.uscis.gov



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010

U.S. Citizenship
and Immigration
Services

NRC2020158583

October 30, 2020

Alec Ferretti
242 E. 38th St., Apt. 2F
New York, NY 10016

Dear Alec Ferretti:

We received your request for information on October 20, 2020 relating to Margaret Ferris.

The Freedom of Information Act (FOIA), 5 U.S.C. § 552, specifies certain requirements for an access request. One of these requirements is that the request must be made in accordance with the agency's published FOIA regulations. In the Department of Homeland Security (DHS) regulation, Title 6 C.F.R. § 5.3, *Requirements for Making A Request*, the procedures for requesting access to DHS records are outlined. See McDonnell v. U.S., 4 F.3d 1227, 1236 (3d Cir. 1993).

Because the records you seek are those of a personal nature, DHS' regulations require you to provide verification of identity and, if applicable, certification of agreement to release information to you from the records subject before a disclosure of information can be made. In accordance with 6 CFR § 5.21, verification of identity consists of a written statement from the records subject stating his/her full name, current address, and date and place of birth. Additionally, the subject of record must sign the written statement and the signature must either be notarized or signed under penalty of perjury. Although you are not required to use Form G-639 when submitting a FOIA request, a notarized signature in Part 4, 8.a. or a signature in Part 4, 8.b. under penalty of perjury would fulfill the signature requirement. Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, (revised March 4, 2015), may be used to establish certification of agreement from the subject of record. Please note, however, that as of May 15, 2015, USCIS no longer accepts prior versions of the G-28 form . The requested information may also be provided on a separate sheet of paper as long as the subject of record signs the information provided and the signature is notarized or signed under penalty of perjury.

Your case has been closed with no further action taken. If you wish to pursue this request, please provide the information described by the regulation cited above. The requirements of filing a FOIA or PA request are also available for your convenience on our website at www.uscis.gov.

Sincerely,

Jill A. Eggleston
Director, FOIA Operations

www.uscis.gov