# EXHIBIT 3

# Alec Ferretti,
## on behalf of Reclaim the Records

242 E 38th St apt 2F
New York, NY 10016
alecferretti@reclaimtherecords.org

November 17, 2020

To whom it may concern,

    On October 12, 2020, I requested the following agency records via FOIA:
C-File C-1243080 of Leo Alexander
C-File C-6608997 of Margaret Ferris AKA Margarete Baer
C-File AA-1630 of Henry Otten Fuchs
AR2 A7582356 of Karoline Baer
A-File A3259353 of Antonino LoPresti
A-File A12055564 of Michelina Camenzuli
Visa File 3139800 of Wilhelm Fuchs
Registry File R-151430 of Elizabeth Levine

    USCIS created the following control numbers for these requests:
NRC2020155727
NRC2020158583
NRC2020158588
NRC2020158595
NRC2020158596
NRC2020158599
NRC2020158600
NRC2020158602

    I stated that they were all born more than 100 years ago and are deceased. However, my request was closed because I failed to provide written authorization from the subjects of record for the release of the records pursuant to 6 CFR 5.21, however, because these individuals are deceased and more than 100 years old in age, it is not necessary to provide such authorization. Please provide expedited processing of this request, or otherwise provide me a denial of this request in writing. Thank you.

Sincerely yours,

Alec Ferretti, on behalf of Reclaim the Records