# EXHIBIT 4

 Gmail                                                                                                    Alec Ferretti <al13fe26@gmail.com>

**Response lost in the mail**
2 messages

**Alec Ferretti** <al13fe26@gmail.com>                                                                    Sat, Dec 19, 2020 at 4:09 PM
To: FOIAPAQuestions <foiapaquestions@uscis.dhs.gov>, "uscis.foia@uscis.dhs.gov" <uscis.foia@uscis.dhs.gov>

Hello

I was due to receive responses that got lost in the mail. I have the USPS notification from two weeks ago that they were due to arrive that day, and they never did. Could you please email me the response? Thank you.

These were the control numbers:

NRC2020155727
NRC2020158583
NRC2020158588
NRC2020158595
NRC2020158596
NRC2020158599
NRC2020158600
NRC2020158602











--
Alec Ferretti