# EXHIBIT 5

**FOIAPAQuestions** <foiapaquestions@uscis.dhs.gov>  Mon, Dec 21, 2020 at 3:37 PM
To: Alec Ferretti <al13fe26@gmail.com>

Good afternoon,

Every FOIA request mentioned below has been closed as a Failure to Comply. Because the records you seek are those of a personal nature, DHS' regulations require you to provide verification of identity and, if applicable, certification of agreement to release information to you from the records subject before a disclosure of information can be made. In accordance with 6 CFR § 5.21, verification of identity consists of a written statement from the records subject stating his/her full name, current address, and date and place of birth. Additionally, the subject of record must sign the written statement and the signature must either be notarized or signed under penalty of perjury. Although you are not required to use Form G-639 when submitting a FOIA request, a notarized signature in Part 4, 8.a. or a signature in Part 4, 8.b. under penalty of perjury would fulfill the signature requirement. Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, (revised March 4, 2015), may be used to establish certification of agreement from the subject of record. Please note, however, that as of May 15, 2015, USCIS no longer accepts prior versions of the G-28 form. The requested information may also be provided on a separate sheet of paper as long as the subject of record signs the information provided and the signature is notarized or signed under penalty of perjury.

Your request was missing the subject of records date of birth, country of birth, signature under penalty of perjury or notarized.

In order to obtain your records, please submit a new FOIA request. If you wish to submit a new FOIA/PA request, please visit www.uscis.gov/FOIA. You can now submit a FOIA request online using our new Freedom of Information Act Records System (FIRST). For instructions and requirements on how to complete a FOIA/PA request or to check on the status of a previously submitted request, please visit our FOIA webpage at www.uscis.gov/FOIA.

Please be sure to make a FOIA request for each individual. You will need to provide proof of death for deceased individuals.

Thank you

FOIA, USCIS

B

---

**From:** Alec Ferretti <al13fe26@gmail.com>
**Sent:** Saturday, December 19, 2020 3:10 PM
**To:** FOIAPAQuestions <foiapaquestions@uscis.dhs.gov>; FOIA, USCIS <USCIS.FOIA@uscis.dhs.gov>
**Subject:** Response lost in the mail

> **CAUTION:** This email originated from outside of the Federal Government. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact the USCIS Security Operations Center with questions or click the "Report Suspicious Email" button to report it as a phishing attempt.

[Quoted text hidden]