# EXHIBIT 7

Case 1:21-cv-06397-MKV   Document 1-7   Filed 07/27/21   Page 1 of 2

# Alec Ferretti,
## on behalf of Reclaim the Records

242 E 38th St, Apt 2F
New York, NY 10016
alecferretti@reclaimtherecords.org

January 15, 2021

To whom it may concern,

On October 12, 2020, I requested the following agency records via FOIA:
C-File C-1243080 of Leo Alexander
C-File C-6608997 of Margaret Ferris AKA Margarete Baer
C-File AA-1630 of Henry Otten Fuchs
AR2 A7582356 of Karoline Baer
A-File A3259353 of Antonino LoPresti
A-File A12055564 of Michelina Camenzuli
Visa File 3139800 of Wilhelm Fuchs
Registry File R-151430 of Elizabeth Levine

USCIS created the following control numbers for these requests:
NRC2020155727
NRC2020158583
NRC2020158588
NRC2020158595
NRC2020158596
NRC2020158599
NRC2020158600
NRC2020158602

After USCIS *closed* my request, I confirmed with the FOIA Office that this closure constituted a denial. Thus, pursuant to 5 U.S.C. § 552, I hereby appeal this denial. As I stated in all prior correspondence, these files can all be located with the file numbers I have provided, and no other information is necessary to conduct the search. Furthermore, the subjects of record were born more than 100 years ago and are long deceased. There is no privacy issue at play. Please fulfill my requests at your earliest possible convenience. Thank you.

Sincerely yours,

Alec Ferretti, on behalf of Reclaim