# EXHIBIT 8



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Attn: FOIA/PA Appeals Office
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

APP2021000187

February 2, 2021

Alec Ferretti
242 E. 38th St., Apt. 2F
New York, NY 10016

Dear Alec Ferretti:

Re: NRC2020158602

You appealed the action of the National Records Center regarding your request for access to records pertaining to Elizabeth Levine, dated January 29, 2021.

A search for Registry File R-151430 yielded no results. Your request will fall under the USCIS Genealogy Program for processing. USCIS Genealogy will need at least an estimated date of birth, and any other information you can provide, such as place of birth or residence in the United States could help in the search. For more information regarding this service, please go to the following website: www.uscis.gov/genealogy, email: Genealogy.USCIS@uscis.dhs.gov or mail your questions to:

USCIS Genealogy Program
P. O. Box 805925
Chicago, IL 60680-4120

Since what you seek is outside the responsibilities of this office, I can provide you no assistance in this matter.

Sincerely,

*[signature]*

Alan D. Hughes, Associate Counsel
U.S. Citizenship and Immigration Services

www.uscis.gov



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Attn: FOIA/PA Appeals Office
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

APP2021000186

February 2, 2021

Alec Ferretti
242 E. 38th St., Apt. 2F
New York, NY 10016

Dear Alec Ferretti:

Re: NRC2020158600

You appealed the action of the National Records Center regarding your request for access to records pertaining to Wilhelm Fuchs, dated January 29, 2021.

A search in our systems for AA001630 yielded no results. Your request will fall under the USCIS Genealogy Program for processing. They will need at least an approximate date of birth and other information, such as place of birth or residence in the United States may help in the search for records. For more information regarding this service, please go to the following website: www.uscis.gov/genealogy, email: Genealogy.USCIS@uscis.dhs.gov or mail your questions to:

USCIS Genealogy Program
P. O. Box 805925
Chicago, IL 60680-4120

Since what you seek is outside the responsibilities of this office, I can provide you no assistance in this matter.

Sincerely,

Alan D. Hughes, Associate Counsel
U.S. Citizenship and Immigration Services

www.uscis.gov



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Attn: FOIA/PA Appeals Office
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

APP2021000192

February 2, 2021

Alec Ferretti
242 E. 38th St., Apt. 2F
New York, NY 10016

Dear Alec Ferretti:

Re: NRC2020158588

You appealed the action of the National Records Center regarding your request for access to records pertaining to Henry Fuchs, dated January 29, 2021.

A search for AA0001630 yielded no results. Your request will fall under the USCIS Genealogy Program for processing. USCIS Genealogy will need at least an estimated date of birth, and other information such as place of birth or residence in the United States will aid in their search. For more information regarding this service, please go to the following website: www.uscis.gov/genealogy, email: Genealogy.USCIS@uscis.dhs.gov or mail your questions to:

USCIS Genealogy Program
P. O. Box 805925
Chicago, IL 60680-4120

Since what you seek is outside the responsibilities of this office, I can provide you no assistance in this matter.

Sincerely,

Alan D. Hughes, Associate Counsel
U.S. Citizenship and Immigration Services

www.uscis.gov



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Attn: FOIA/PA Appeals Office
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

APP2021000191

February 2, 2021

Alec Ferretti
242 E. 38th St., Apt. 2F
New York, NY 10016

Dear Alec Ferretti:

Re: NRC2020155727

You appealed the action of the National Records Center regarding your request for access to records pertaining to Leo Alexander, dated January 29, 2021.

A search for C01243080 yielded no results. Your request will fall under the USCIS Genealogy Program for processing. USCIS Genealogy will need at least an estimated date of birth, and other information such as place of birth or residence in the United States will aid in their search. For more information regarding this service, please go to the following website: www.uscis.gov/genealogy, email: Genealogy.USCIS@uscis.dhs.gov or mail your questions to:

USCIS Genealogy Program
P. O. Box 805925
Chicago, IL 60680-4120

Since what you seek is outside the responsibilities of this office, I can provide you no assistance in this matter.

Sincerely,

*[signature]*

Alan D. Hughes, Associate Counsel
U.S. Citizenship and Immigration Services

www.uscis.gov



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Attn: FOIA/PA Appeals Office
P.O. Box 648010
Lee's Summit, MO 64064-8010

U.S. Citizenship
and Immigration
Services

APP2021000190

February 2, 2021

Alec Ferretti
242 E. 38th St., Apt. 2F
New York, NY 10016

Dear Alec Ferretti:

Re: NRC2020158583

You appealed the action of the National Records Center regarding your request for access to records pertaining to Margaret Ferris, dated January 29, 2021.

A search for C06608997 located a C file for Margaret Ferris with a date of birth of January 26, 1900. Your request will fall under the USCIS Genealogy Program for processing. For more information regarding this service, please go to the following website: www.uscis.gov/genealogy, email: Genealogy.USCIS@uscis.dhs.gov or mail your questions to:

USCIS Genealogy Program
P. O. Box 805925
Chicago, IL 60680-4120

Since what you seek is outside the responsibilities of this office, I can provide you no assistance in this matter.

Sincerely,

Alan D. Hughes, Associate Counsel
U.S. Citizenship and Immigration Services

www.uscis.gov

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Attn: FOIA/PA Appeals Office
P.O. Box 648010
Lee's Summit, MO 64064-8010



**U.S. Citizenship and Immigration Services**

APP2021000189

February 2, 2021

Alec Ferretti
242 E. 38th St., Apt. 2F
New York, NY 10016

Dear Alec Ferretti:

Re: NRC2020158599

You appealed the action of the National Records Center regarding your request for access to records pertaining to Michelina Camenzuli, dated January 29, 2021.

A search for A012055564 located an alien file for Michelina Camenzuli with a date of birth of May 7, 1901. Your request will fall under the USCIS Genealogy Program for processing. For more information regarding this service, please go to the following website: www.uscis.gov/genealogy, email: Genealogy.USCIS@uscis.dhs.gov or mail your questions to:

USCIS Genealogy Program
P. O. Box 805925
Chicago, IL 60680-4120

Since what you seek is outside the responsibilities of this office, I can provide you no assistance in this matter.

Sincerely,

Alan D. Hughes, Associate Counsel
U.S. Citizenship and Immigration Services

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Attn: FOIA/PA Appeals Office
P.O. Box 648010
Lee's Summit, MO 64064-8010



**U.S. Citizenship and Immigration Services**

APP2021000188

February 2, 2021

Alec Ferretti
242 E. 38th St., Apt. 2F
New York, NY 10016

Dear Alec Ferretti:

Re: NRC2020158596

You appealed the action of the National Records Center regarding your request for access to records pertaining to Antonino LoPresti, dated January 29, 2021.

A search for A003259353 located an alien file for Antonino Lo Presti, with a date of birth of January 26, 1865. Your request will fall under the USCIS Genealogy Program for processing. For more information regarding this service, please go to the following website: www.uscis.gov/genealogy, email: Genealogy.USCIS@uscis.dhs.gov or mail your questions to:

USCIS Genealogy Program
P. O. Box 805925
Chicago, IL 60680-4120

Since what you seek is outside the responsibilities of this office, I can provide you no assistance in this matter.

Sincerely,

Alan D. Hughes, Associate Counsel
U.S. Citizenship and Immigration Services

www.uscis.gov