UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RECLAIM THE RECORDS AND ALEC FERRETTI,

               Plaintiffs,

-v-

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

               Defendant.

**DECLARATION OF SERVICE**

Index No. 21-CV-6397 (MKV)

---

I, Abigail L. Robinson, do hereby state and affirm under penalties of perjury that the following is true and correct:

I am over 18 years of age and am not a party to this action. On August 2, 2021, I served the below-listed documents upon Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

1) Summons addressed to Defendant,
2) Complaint with Exhibits 1-8,
3) Civil Cover Sheet,
4) Hon. Vyskocil's Individual Rules,
5) Hon. Lehrburger Individual Rules,     and
6) Southern District of New York Electronic Filing Rules.

Service was made pursuant to F.R.C.P. 4(i)(A(ii), (B), & (C) by mailing copies of the listed documents via the United State Postal Service Certified Mail Return Receipt Request to:

    A.    United States Attorney's Office
          Southern District of New York
          One St. Andrews Plaza
          New York, N.Y. 10007
          ATTN: Civil Process Clerk
          USPS Certified/RRR No.: 7012 1010 0003 4975 9513

    B.    Attorney General
          U.S. Department of Justice
          950 Pennsylvania Avenue, NW
          Washington, D.C. 20530
          ATTN: Civil Process Clerk
          USPS Certified/RRR No.: 7015 1730 0000 7043 6138

C.  United States Citizenship and Immigration Services
    20 Massachusetts Ave, NW
    Washington, D.C. 20001
    USPS Certified/RRR No.: 7015 1730 0000 7043 6145

The envelopes containing said documents was duly sealed, affixed with sufficient postage, and deposited into a mail depository within the exclusive custody and control of the United States Postal Service.

_____
Abigail L. Robinson