

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

October 25, 2021

BY ECF

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *Reclaim the Records, et al. v. USCIS*, No. 21-cv-6397 (MKV)

Dear Judge Vyskocil:

  This Office represents the United States Citizenship and Immigration Services ("USCIS") in connection with the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. I write on behalf of both parties to respectfully seek an adjournment of the initial conference currently scheduled for November 2, 2021, and, consequently, the October 26 submission in advance of the conference.

  Plaintiff Reclaim the Records filed this action on July 27, 2021, alleging that USCIS did not properly fulfill several FOIA requests. As alleged in the complaint, the requests seek documents relating to seven individuals. Also as alleged in the complaint, "[a]ll named individuals regarding whom documents were requested are deceased and all were born more than 100 years prior to the date of the Requests." USCIS answered the complaint on September 7, 2021. On September 8, 2021, the Court scheduled an initial conference for November 2, 2021.

  The parties respectfully request that the Court adjourn the initial conference by approximately 30 days to a date convenient for the Court. The parties seek this adjournment because the agency is still gathering information relevant to this action, and the parties are still discussing their respective positions as to how they believe the case should proceed.

  This is the parties' first request for an adjournment. At present, the parties are available December 7 (in the afternoon), December 8, and December 10.

  The parties thank the Court for its attention to this matter.

        Respectfully,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York

By:   /s/ *Alexander J. Hogan*
        ALEXANDER J. HOGAN
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York 10007
        Tel.: (212) 637-2799
        E-mail: alexander.hogan@usdoj.gov