**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd Floor
New York, New York 10007

October 25, 2021

<u>BY ECF</u>

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2021
```

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Reclaim the Records, et al. v. USCIS*, No. 21-cv-6397 (MKV)

Dear Judge Vyskocil:

    This Office represents the United States Citizenship and Immigration Services ("USCIS") in connection with the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. I write on behalf of both parties to respectfully seek an adjournment of the initial conference currently scheduled for November 2, 2021, and, consequently, the October 26 submission in advance of the conference.

    Plaintiff Reclaim the Records filed this action on July 27, 2021, alleging that USCIS did not properly fulfill several FOIA requests. As alleged in the complaint, the requests seek documents relating to seven individuals. Also as alleged in the complaint, "[a]ll named individuals regarding whom documents were requested are deceased and all were born more than 100 years prior to the date of the Requests." USCIS answered the complaint on September 7, 2021. On September 8, 2021, the Court scheduled an initial conference for November 2, 2021.

    The parties respectfully request that the Court adjourn the initial conference by approximately 30 days to a date convenient for the Court. The parties seek this adjournment because the agency is still gathering information relevant to this action, and the parties are still discussing their respective positions as to how they believe the case should proceed.

    This is the parties' first request for an adjournment. At present, the parties are available December 7 (in the afternoon), December 8, and December 10.

    The parties thank the Court for its attention to this matter.

            Respectfully,

            DAMIAN WILLIAMS
            United States Attorney for the
            Southern District of New York

By:  /s/ *Alexander J. Hogan*
    ALEXANDER J. HOGAN
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, New York 10007
    Tel.: (212) 637-2799
    E-mail: alexander.hogan@usdoj.gov

**GRANTED. The initial pretrial conference set for November 2, 2021 at 10:00 AM is ADJOURNED to December 2, 2021 at 11:30 AM. On or before November 25, 2021, Counsel are further directed to submit a Proposed Case Management Plan and Scheduling Order and joint letter, as required by this Court's Individual Rules of Practice in accordance with the Notice of Initial Pretrial Conference filed on September 8, 2021. [ECF No. 8]. SO ORDERED.**

Date: 10/26/2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge