```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECLAIM THE RECORDS and ALEC FERRETTI,

　　　　　　　　Plaintiffs,

-against-

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES;

　　　　　　　　Defendant.

1:21-cv-6397-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

　　Because of a conflict in the Court's Schedule, the Initial Pretrial Conference scheduled for February 1, 2022 at 10:00 AM is ADJOURNED to February 22, 2022 at 10:30 AM.

**SO ORDERED.**

Date: **December 17, 2021**　　　　　　　　　　　*[signature]*
　　　**New York, NY**　　　　　　　　　　　　**MARY KAY VYSKOCIL**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**