USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __2/22/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RECLAIM THE RECORDS and ALEC FERRETTI,

    Plaintiffs,

-against-

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

    Defendant.

---

1:21-cv-6397-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court held a telephonic initial pretrial conference on February 22, 2022. Counsel for all parties were in attendance. At that conference, both parties represented that Defendants have produced to Plaintiffs all documents that Plaintiffs had requested in their FOIA request.

In accordance with matters discussed at the conference, IT IS HEREBY ORDERED that Plaintiffs are directed to, on or before February 25, 2022, file and serve on Defendants their fee demand.

IT IS FURTHER ORDERED that on or before March 8, 2022, the parties shall file a joint letter advising the Court on the status of Plaintiff's application for fees and whether the Court needs to set a briefing schedule.

**SO ORDERED.**

Date: **February 22, 2022**
     New York, NY

*[signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**